UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA PERERA,

    Plaintiff,

v.                                         CASE NUMBER: 8:02-cv-688-T-26EAJ

UNITED STATES FIDELITY
& GUARANTY COMPANY,

    Defendant.

## **NOTICE OF APPEAL**

Notice is hereby given that Pamela Perera, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 2nd day of November, 2005.

    s/ Charles P. Schropp
    Charles P. Schropp
    Counsel for Plaintiff, Pamela Perera
    Florida Bar Number: 206881
    Schropp, Buell & Elligett, P.A.
    3003 West Azeele Street, Suite 100
    Tampa, Florida 33609
    Telephone: (813) 874-2600
    Facsimile: (813) 874-1760