UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA PERERA,

    Plaintiff,

v.                                                    Case No. 8:02-CV-688-EAJ

UNITED STATES FIDELITY &
GUARANTY COMPANY,

    Defendant.
_____/

## VERDICT

We, the jury, return the following verdict:

1.     Did Defendant, United States Fidelity and Guaranty Company, act in bad faith in connection with its handling of the state court action brought by Plaintiff, Pamela Perera, against Estes Express Lines Corporation?

YES __✓__        NO _____

Please sign and date the verdict below.

SO SAY WE ALL this _22_ day of January, 2008.

_____
FOREPERSON